UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )<br>)<br>)<br>SAMUEL J. LEWIS,                )<br>a/k/a SHAHEED LEWIS,           )<br>)<br>Defendant.                      )<br>)<br>) | CRIMINAL NO. 04-1831-CBS |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ARREST WARRANT

The United States of America hereby moves this Court to direct that the complaint and arrest warrant be sealed (and that no person shall disclose the existence of the complaint except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the complaint unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ B. Stephanie Siegmann
B. STEPHANIE SIEGMANN
Assistant U.S. Attorney

Date: November 15, 2004

11/15/04
Allowed
[signature]