AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

**V.**

SAMUEL J. LEWIS a/k/a SHAHEED LEWIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1831- CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ___Aug. 9, 2002-May 13, 2003___ in ___Worcester___ county, in the

___ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

in connection with acquisition of firearms (H&K, Model USP Compact, .45 ACP caliber pistol, bearing serial # 29-006531; Bushmaster, Model XM-15, .223 caliber rifle, bearing serial # BFI402246; Mossberg, Model 51683, short barreled 12 gauge shotgun bearing serial # P997733) from licensed dealers, knowingly made false and fictitious written statements, which statements were likely to deceive the dealers as to a fact material to the lawfulness of such firearm sales; and in connection with the acquisition of a Mossberg (bearing serial # P997733) knowingly made and knowingly caused the making of a false entry on an ATF Form 4 application in violation of provisions of the National Firearms Act, knowing such entry to be false.

in violation of Title ___18___ United States Code, Section(s) ___922(a)(6); and 26 U.S.C. s. 5861(l)___ .

I further state that I am a(n) ___Tobacco, Firearms___ and that this complaint is based on the following
*Special Agent, Bureau of Alcohol*
*Official Title*

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_Michael P. Cerra_
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-15-2004
Date

CHARLES B. SWARTWOOD, III
United States Magistrate Judge
Name & Title of Judicial Officer

at ___Worcester, Massachusetts___
City and State

_[signature]_
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.