UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                ) <br> ) <br> ) <br> ) <br> SAMUEL J. LEWIS,                  ) <br> a/k/a SHAHEED LEWIS,              ) <br> ) <br> Defendant.              ) <br> ) <br> ) | CRIMINAL NO. 04-1831-CBS |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint be unsealed. In support of this motion, the government states that the defendant was arrested on November 22, 2004, and that there is no further reason to keep the complaint secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ B. Stephanie Siegmann
     B. STEPHANIE SIEGMANN
     Assistant U.S. Attorney

Date: November 23, 2004

*allowed* 11-23-04

[signature]
MJ