AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

*filed in open court 11/23/04*

UNITED STATES OF AMERICA

v.

SAMUEL J. LEWIS a/k/a SHAHEED LEWIS

## WARRANT FOR ARREST

CASE NUMBER: 04-1831-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Samuel J. Lewis a/k/a Shaheed Lewis
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

false statements in connection with the acquisition of firearms; and making or causing the making of a false entry on an ATF Form 4 application in violation of the provisions of the National Firearms Act

in violation of Title  18  United States Code, Section(s)  922(a)(6); and 26 U.S.C. s. 5861(l)

CHARLES B. SWARTWOOD
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11-15-2004    Worcester, Massachusetts
Date and Location

*RECEIVED U.S. MARSHAL SVC NOV 16 10 57 AM '04*

Bail fixed at $ _____   by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at WEST BOYLSTON ST. WORCESTER, MA

| DATE RECEIVED 11/15/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/22/04 | MICHAEL CURRAN SPECIAL AGENT | Michael P. Cu____ |

This form was electronically produced by Elite Federal Forms, Inc.